UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ARTHUR RONESS, | ) | No. C18-1030 RSM |
| Plaintiff, | ) | |
| | ) | STIPULATED MOTION AND ORDER TO |
| vs. | ) | EXTEND DISCOVERY DEADLINE RE |
| | ) | DEPOSITION OF BROADSPIRE |
| T-MOBILE USA, INC., a Delaware corporation, | ) | REPRESENTATIVE |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, Plaintiff Arthur Roness and Defendant T-Mobile USA, Inc., by and through their respective counsel of record, hereby move pursuant to Federal Rules of Civil Procedure 6(b) and Local Civil Rule 7(j) for relief from the discovery deadline for the limited purpose of: (1) taking the Rule 30(b)(6) deposition of Broadspire Services, Inc's ("BSI") representative; and (2) allowing T-Mobile to answer interrogatory questions in lieu of undergoing a Rule 30(b)(6) deposition.

PREMIER LAW GROUP PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

## **STIPULATION**

In September 2018, BSI was served with a subpoena to produce all documents in its possession related to Plaintiff's leave of absence. BSI produced documents in October 2018. Thereafter, BSI was subpoenaed to be deposed in California on May 22, 2019. During the deposition, it was discovered that BSI did not comply with the subpoena demanding production of all documents and that its Rule (30)(b)(6) representative, who appeared to testify on BSI's behalf, was relying on information and materials BSI failed to previously disclose. As a result, the parties agreed to postpone and continue BSI's deposition to a new date.

On June 5, 2019, BSI was served with subpoena for its continued deposition, which was scheduled for June 25, 2019. However, because BSI's Rule 30(b)(6) representative's schedule and defense counsel's unavailability, the deposition could not be rescheduled before the current discovery cut-off date of July 1, 2019. The parties hereby stipulate, agree and request that the Court grant an extension of the discovery deadline to allow the parties to complete BSI's deposition, which is currently scheduled for July 8, 2019.

The parties also request that the discovery deadline be extended to allow Defendant to answer interrogatory questions in lieu of appearing for a Rule 30(b)(6) deposition. T-Mobile's Rule 30(b)(6) representative's deposition is currently scheduled for July 1, 2019. However, Defendant's counsel is unavailable on that date. As a compromise, in lieu of rescheduling the 30(b)(6) deposition, the parties agreed to have Defendant answer specific written questions in accordance with Rule 33 after the discovery deadline. The parties stipulate, agree and therefore request that the Court also grant an extension of the discovery deadline to allow Defendant to answer specific written questions in accordance with Rule 33 in lieu of appearing for the 30(b)(6) deposition.

**PREMIER LAW GROUP** PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

////

DATED THIS 25th day of June 2019.

SEBRIS BUSTO JAMES                                  PREMIER LAW GROUP, PLLC


BY: */s/ Jeffrey A. James*                              */s/ Patrick J. Kang*
**Jeffrey A. James,** WSBA #18277            **Patrick J. Kang,** WSBA #30726
**Matthew R. Kelly**, WSBA #48050          1408 140th PL NE
14205 SE 36th Street, Suite 325                 Bellevue, WA 98007
Bellevue, WA 98006                                   Tel. (206) 285-1743
Tel. (425) 454-4233                                   Fac. (206) 599-6316
jaj@sebrisbusto.com                                  patrick@premierlawgroup.com
mkelly@sebrisbusto.com                            Attorney for Plaintiff
Attorneys for Defendant

**PREMIER LAW GROUP PLLC**
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

## <u>ORDER</u>

**PURSUANT TO THE PARTIES' STIPULATION IT IS SO ORDERED**

IT IS FURTHER ORDERED that pursuant to LCR 7(j), the discovery deadline in this matter shall be extended so that: (1) the parties may take the deposition of BSI's 30(b)(6) representative; and (2) T-Mobile can answer specific written questions in accordance with Rule 33 in lieu of appearing for a Rule 30(b)(6) deposition.

DATED this 27th day of June 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND AGREED ORDER TO EXTEND
DISCOVERY DEADLINE
(No. 2:18-cv-01030-RSM) - 4

**PREMIER LAW GROUP** PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316